UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN J. BECKER, )
)
Plaintiff, )
)
v. ) Civil Action No. 1**3** 0152
)
SHELITA N. PARHAM, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

In the Superior Court of the District of Columbia, defendant Shelita Parham has obtained a civil protection order which, among other things, ordered the plaintiff to refrain from making threats against Ms. Parham and her parents and to stay away from Ms. Parham, her parents, and her children. The plaintiff brings this civil rights action against Ms. Parham, her parents, and all the judges associated with the case and complains of judicial misconduct.

This Court has no jurisdiction to review or reverse the decisions of the Superior Court of the District of Columbia Court of Appeals and declines to intervene or otherwise involve itself in matters before the District of Columbia courts. *See, e.g., Mooreman v. U.S. Bank, N.A.*, No. 10-1219, 2010 WL 2884661, at *1 (D.D.C. July 10, 2010); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995).

*N*

*3*

Accordingly, the Court will dismiss this action. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 25 January 2013

Rosemary M Collyer

United States District Judge